**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7209**

WILLIE JOE CALDWELL,

Petitioner – Appellant,

v.

MICHAEL MCCALL,

Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence.  Sol Blatt, Jr., Senior District Judge.  (4:12-cv-02619-SB)

Submitted:  November 21, 2013      Decided:  December 6, 2013

Before MOTZ, GREGORY, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Willie Joe Caldwell, Appellant Pro Se.  Brendan McDonald, OFFICE OF THE UNITED STATES ATTORNEY, Donald John Zelenka, Senior Assistant Attorney General, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Joe Caldwell seeks to appeal the district court's order denying relief on his motion to reconsider the denial of his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Caldwell has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED